UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN ALLEN COTTRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>THURSTON COUNTY JAIL,<br>THURSTON COUNTY MEDICAL<br>UNIT,<br><br>  Defendants. | CASE NO. C16-5079 RBL-KLS<br><br>ORDER GRANTING EXTENSION<br>TO AMEND OR TO SHOW CAUSE |

On February 25, 2016, plaintiff was granted leave to proceed *in forma pauperis*. Dkt. 5. After review of his complaint, however, the Court declined to direct service because the complaint is deficient. Plaintiff was given an opportunity to show cause why his complaint should not be dismissed or to file an amended complaint by March 25, 2016. Dkt. 7. Plaintiff now seeks a five month extension of that deadline, until the first week of August. Dkt. 8.

Plaintiff states that his state court pretrial hearing is scheduled for March 25, 2016 and his trial is scheduled for April 11, 2016. Thereafter, he anticipates being sent to the Washington Corrections Center in Shelton for at least two months, where access to a library is not readily available. *Id.*

Accordingly, it is **ORDERED:**

1. Plaintiff's motion (Dkt. 8) is **GRANTED.** Plaintiff shall show cause why his complaint should not be dismissed or may file an amended complaint to cure, if possible, the deficiencies noted in the Court's February 25, 2016 Order, **on or before August 5, 2016.**

2. The Clerk is directed to send a copy of this Order to plaintiff.

**DATED** this 25th day of March, 2016.

Karen L. Strombom
United States Magistrate Judge