UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN ALLEN COTTRELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THURSTON COUNTY JAIL,<br>THURSTON COUNTY MEDICAL UNIT,<br><br>　　　　　　Defendants. | CASE NO. C16-5079 RBL-KLS<br><br>ORDER GRANTING SECOND EXTENSION TO AMEND OR TO SHOW CAUSE |

On February 25, 2016, plaintiff was granted leave to proceed *in forma pauperis*. Dkt. 5. After review of his complaint, however, the Court declined to direct service because the complaint is deficient. Plaintiff was given an opportunity to show cause why his complaint should not be dismissed or to file an amended complaint by March 25, 2016. Dkt. 7. Plaintiff sought a five month extension of that deadline, until the first week of August. Dkt. 8. The Court granted that extension. Dkt. 10. Plaintiff seeks a second five month extension of his deadline, until January 5, 2017, as he is awaiting sentencing in Spokane County and has not yet been sent to a facility with access to a law library. Dkt. 11.

　　　　Accordingly, it is **ORDERED:**

//

1. Plaintiff's motion (Dkt. 11) is **GRANTED.** Plaintiff shall show cause why his complaint should not be dismissed or may file an amended complaint to cure, if possible, the deficiencies noted in the Court's February 25, 2016 Order, **on or before January 5, 2017. There will be no further extensions of this deadline.**

2. The Clerk is directed to send a copy of this Order to plaintiff.

**DATED** this 17th day of August, 2016.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING SECOND EXTENSION TO
AMEND OR TO SHOW CAUSE- 2