UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN ALLEN COTTRELL,

                              Plaintiff,

        v.

JOHN DOES 1-25, et al.,

                              Defendants.

No. C16-5079 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, [Dkt 16], and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation. [Dkt 15]

(2)     Plaintiff's complaint is **dismissed without prejudice** on the grounds that it fails to state a claim upon which relief may be granted, and the **dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 31st day of March, 2017.

Ronald B. Leighton
United States District Judge

ORDER TO AMEND OR SHOW CAUSE- 1